UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Leonard A. Seidlitz, | : | Case No. 1:07CV2471 |
| Plaintiff | : | Judge James S. Gwin |
| v. | : | Magistrate Judge David S. Perelman |
| Commissioner of Social Security, | : | **REPORT AND RECOMMENDED DECISION** |
| Defendant | : | |

The parties have filed a "Joint Stipulation to Reverse With Remand," calling for reversal of the defendant's final determination with regard to the plaintiff's claim for disability benefits during the period from September 17, 2002 until October 27, 2003 and remand pursuant to the fourth sentence of 42 U.S.C. §405(g) for further proceedings regarding that claim.

It is recommended that the stipulation be approved.

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE: March 25, 2008

**OBJECTIONS**

Any objections to this Report and Recommended Decision must be filed with the Clerk of Courts within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order. *See, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See, also, Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).